

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00020-CV

**Prime Income Asset Management, Inc. and Prime Income Asset Management, LLC**

v.

**Marcus & Millichap Real Estate Investment Services of Texas, Inc.**

NO. CV0065437 IN THE COUNTY COURT AT LAW NO 3 OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $17.00 | 12/02/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/07/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 10/07/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/17/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 08/30/2013 | E-PAID | APE |
| MT FEE | $10.00 | 08/30/2013 | E-PAID | APE |
| MT FEE | $10.00 | 07/22/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/22/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/02/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 06/26/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/26/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/03/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 05/03/2013 | E-PAID | ANT |
| RPT RECORD | $0.00 | 04/27/2013 | UNKNOWN | UNK |
| E-TXGOV FEE | $5.00 | 04/03/2013 | E-PAID | ANT |
| CLERK'S RECORD | $5.00 | 01/31/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 01/24/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 01/17/2013 | E-PAID | ANT |

| FILING | $175.00 | 01/17/2013 | E-PAID | ANT |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 01/17/2013 | E-PAID | APE |

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $307.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 13, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**